# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN ESHO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FCA US LLC; et al., <br><br> Defendants. | Case No.: 19-CV-1855 W (BLM) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 15]** |

Pending before the Court is a joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 15] and **ORDERS** the case **DISMISSED WITH PREJUDICE**. Magistrate Judge Barbara L. Major shall retain jurisdiction as provided in the Consent to Exercise of Jurisdiction by a United States Magistrate Judge and Order of Reference [Doc. 17].

**IT IS SO ORDERED**.

Dated: March 20, 2020

Hon. Thomas J. Whelan
United States District Judge